IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TRAVIS GRIMES, #15545                                          PETITIONER

VS.                              CIVIL ACTION NO. 5:08-cv-322-DCB-MTP

ROBERT ADAMS                                                   RESPONDENT

FINAL JUDGMENT

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **[docket entry 9]**, wherein Judge Parker recommends that Travis Grimes' petition **[docket entry no. 1]**, brought pursuant to 28 U.S.C. § 2254, be dismissed with prejudice as untimely. The Court has adopted in full said Report and Recommendation over the Objection of the petitioner following a de novo review of that portion of the Report and Recommendation to which the petitioner objected. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Grimes' petition **[docket entry no. 1]**, brought pursuant to 28 U.S.C. § 2254, is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 22nd day of July 2009.

             s/ David Bramlette
            UNITED STATES DISTRICT JUDGE